## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 26-MJ-109 | 08/207/2026 10:35 PM | USPS Priority Mail Parcel 9505 5130 1533 6209 6538 16 |

Inventory made in the presence of :

Postal Inspectors Erik Meidlinger and Colton Dutrow

Inventory of the property taken and name(s) of any person(s) seized:

Search and seizure warrant 26-MJ-109: USPS Priority Mail Parcel 9505 5130 1533 6209 6538 16 was opened and located inside were two clear vacuum sealed bags. When opened, the first clear bag contained a green bud material with a gross weight of 470 grams and the second bag contained 5 jars which held a waxy/resin like substance with a gross weight of 533 grams. Field testing the contents of both bags resulted in a positive result for THC.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 09/02/2026

Erik Meidlinger

*Executing officer's signature*

Erik Meidlinger, United States Postal Inspector

*Printed name and title*